IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMANDA BERRY, et al.,

    Plaintiffs,

      v.

THE GREAT AMERICAN DREAM,
INC. doing business as
Pin Ups,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-3297-TWT

**ORDER**

This is an FLSA action. It is before the Court on the Report and Recommendation [Doc. 51] of the Magistrate Judge recommending granting the Plaintiffs' Motion for Partial Summary Judgment [Doc. 41]. The Defendant's Objections do not address the ultimate issues of the applicability of the good faith defense and the independent contractor exemption. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiffs' Motion for Partial Summary Judgment [Doc. 41] is granted on those issues.

SO ORDERED, this 6 day of November, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge