# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMANDA BERRY and A'CIRE NEWBY, ) ) ) Plaintiffs, ) ) v. ) ) THE GREAT AMERICAN DREAM, ) INC. d/b/a PIN UPS, ) ) Defendant. ) | CIVIL ACTION NO.: 1:13-cv-03297-TWT |

## SECOND JOINT NOTICE OF SETTLEMENT

Plaintiffs Amanda Berry and A'Cire Newby and Defendant The Great American Dream, Inc. d/b/a Pin Ups, by and through their respective undersigned counsel, jointly show this Court as follows:

On June 19, 2015, the parties filed a Joint Notice of Settlement with this Court, informing the Court that the parties had reached an agreement in principle to resolve this matter in its entirety. [Dkt. 82.] The Joint Notice stated that the parties anticipated submitting settlement documents for the Court's review within thirty (30) days.

The parties are still in the process of finalizing the settlement documents for this Court's review. Accordingly, the parties hereby inform the Court that the

parties anticipate filing their motion for approval of the settlement documents with the Court by July 31, 2015.

Jointly and respectfully submitted,

| | |
|---|---|
| *s/ Andrew L. Weiner* <br>   Andrew L. Weiner <br>   Georgia Bar No. 808278 <br>   aw@atlantaemployeelawyer.com <br>   Jeffrey B. Sand <br>   Georgia Bar No. 181568 <br>   js@atlantaemployeelawyer.com <br>   THE WEINER LAW FIRM LLC <br>   3525 Piedmont Road <br>   7 Piedmont Center, 3rd Floor <br>   Atlanta, Georgia 30305 <br>   Telephone: 404-205-5029 <br>   Facsimile: 866-800-1482 <br><br> *Counsel for Plaintiffs* | *s/ Kenneth Sokolov (w/ express permission)* <br>   Kenneth Sokolov <br>   Georgia Bar No. 666460 <br>   WAGNER, JOHNSON AND ROSENTHAL, P.C. <br>   5855 Sandy Springs Circle <br>   Suite 300 <br>   Atlanta, GA  30328 <br>   (404) 261-0500 (Tel.) <br>   kis@wjrlaw.com <br><br> *Counsel for Defendant* |

Date:  July 21, 2015

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 5.1B, the undersigned counsel for Plaintiffs files this Certification of Counsel stating that the foregoing document was prepared in Times New Roman, 14 point font.

By   <u>s/ Andrew Weiner</u>
      Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMANDA BERRY and A'CIRE NEWBY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 1:13-cv-03297-TWT |
| THE GREAT AMERICAN DREAM, INC. d/b/a PIN UPS, ) ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st of July, 2015, I electronically filed this **SECOND JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel authorized to receive such filing.

*s/ Andrew Weiner*
Counsel for Plaintiffs