IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA BERRY and A'CIRE NEWBY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: ) 1:13-cv-03297-TWT |
| THE GREAT AMERICAN DREAM, INC. d/b/a PIN UPS, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Jointly and respectfully submitted,

| | |
|---|---|
| *s/ Andrew L. Weiner* | *s/ Kenneth Sokolov (w/ express permission)* |
| Andrew L. Weiner | Kenneth Sokolov |
| Georgia Bar No. 808278 | Georgia Bar No. 666460 |
| aw@atlantaemployeelawyer.com | WAGNER, JOHNSON AND ROSENTHAL, P.C. |
| Jeffrey B. Sand | 5855 Sandy Springs Circle |
| Georgia Bar No. 181568 | Suite 300 |
| js@atlantaemployeelawyer.com | |
| THE WEINER LAW FIRM LLC | |

| | |
|---|---|
| 3525 Piedmont Road | Atlanta, GA  30328 |
| 7 Piedmont Center, 3rd Floor | (404) 261-0500 (Tel.) |
| Atlanta, Georgia 30305 | kis@wjrlaw.com |
| Telephone: 404-205-5029 | |
| Facsimile: 866-800-1482 | *Counsel for Defendant* |

*Counsel for Plaintiffs*

Date:  September 22, 2015

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 5.1B, the undersigned counsel for Plaintiffs files this Certification of Counsel stating that the foregoing document was prepared in Times New Roman, 14 point font.

                            By      s/ Andrew Weiner
                                    Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMANDA BERRY and A'CIRE NEWBY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE GREAT AMERICAN DREAM, )<br>INC. d/b/a PIN UPS, )<br>)<br>Defendant. ) | CIVIL ACTION NO.:<br>1:13-cv-03297-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2015, I electronically filed this **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel authorized to receive such filing.

*s/ Andrew Weiner*
Counsel for Plaintiffs
